**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,  : No. 25 MAL 2023
:
Petitioner : 
:
: Petition for Allowance of Appeal
: from the Order of the Superior Court
v. :
:
:
ANTHONY MAGLIETTA, :
:
Respondent :

## ORDER

**PER CURIAM**

    **AND NOW**, this 5th day of June, 2023, the Petition for Allowance of Appeal is **DENIED**.